IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60225
Conference Calendar

_____


KANTILAL B. PATEL; MANJULA PATEL,
also known as Manjuben Patel,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A72-015-904
- - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Kantilal and Manjula Patel appeal the decision of the Board

of Immigration Appeals (BIA) dismissing their appeal from the

immigration judge's decision to deny Kantilal Patel's application

for asylum and for a withholding of deportation.  We have

reviewed the record and the briefs and determine that the Board's

decision is supported by substantial evidence.  See Carbajal-

Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  This court is

without jurisdiction to consider the claim regarding the BIA's

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

ruling on the request for voluntary departure.  See Eyoum v. INS, 125 F.3d 889, 891 (5th Cir. 1997).  The petition for review is DENIED.